United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12074-VZ |
| Alan Gomperts | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 09, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 42053382 | + Archway Real Estate Income Fund I REIT, LLC, Michael Gerard Fletcher, c/o FRANDZEL ROBINS BLOOM & CSATO, L.C., 1000 Wilshire Boulevard, 19th Floor, Los Angeles, CA 90017-2457 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 11, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com  easter.santamaria@saul.com |
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |
| Gerrick Warrington | on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com, achase@frandzel.com |
| Gerrick Warrington | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com, achase@frandzel.com |
| Jacqueline L James | |

on behalf of Creditor Harvest Small Business Finance LLC jjames@hrhlaw.com

Jennifer C Wong
on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Kelly L Morrison
on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com

Tanya Behnam
on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Central District of California
Case No. 2:24-bk-12074-VZ
Chapter 11

In re: Debtor(s) (including Name and Address)

Alan Gomperts
264 South Oakhurst Drive
Beverly Hills CA 90212

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/08/2024.

Name and Address of Alleged Transferor(s):

Claim No. 9: Archway Real Estate Income Fund I REIT, LLC, Michael Gerard Fletcher, c/o FRANDZEL ROBINS BLOOM & CSATO, L.C., 1000 Wilshire Boulevard, 19th Floor, Los Angeles, CA 90017-2427

Name and Address of Transferee:

Archway Broadway Loan SPE, LLC
c/o Michael Gerard Fletcher
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Blvd., 19th Fl.
Los Angeles, CA 90017-2427

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/11/24

Kathleen J. Campbell
**CLERK OF THE COURT**