|  |  |
|---|---|
|  | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Name of Debtor(s) listed on the bankruptcy case:<br>Alan Gomperts | CASE NO.: 24-12074<br>CHAPTER: 11 |
|---|---|
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s):  Wells Fargo Auto
   Mailing Address:  PO Box 17900
   City, State, Zip Code:  Denver CO 80217-0900

3. **New Address:**
   Mailing Address:  PO Box 51963
   City, State, Zip Code:  Los Angeles CA 90051-6263

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 11/17/2025

Samantha White
Requestor's printed name(s)

/s/Samantha White
Requestor's signature(s)

Loan Servicing Representative
Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                                                                     F 1002-1.3.CHANGE.ADDRESS