**FILED & ENTERED**

**FEB 12 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY johnson   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:  SEATON INVESTMENTS, LLC, -- *Already a dismissed case*<br><br>Debtor and Debtor-in-Possession<br><br>☐ Affects All Debtors<br><br>☒ Affects Case No.: 2:24-12074-VZ<br>  ALLAN GOMPERTS<br><br>☒ Affects Case No.: 2:24-12075-VZ<br>  DANIEL HALEVY<br><br>☒ Affects  Case No.: 2:24-12076-VZ<br>  SUSAN HALEVY<br><br>☐ Affects Case No.: 2:24-12080-VZ<br>  COLYTON INVESTMENTS, LLC –<br>  *Already a Dismissed Case*<br><br>☒ Affects Case No.: 2:24-12081-VZ<br>  BROADWAY AVENUE INVESTMENTS, LLC<br><br>☒ Affects 2:24-12082-VZ<br>  SLA INVESTMENTS, LLC<br><br>☒ Affects 2:24-12091-VZ<br>  NAGEV INVESTMENTS, LLC. | Case No.: 2:24-bk-12079-VZ<br><br>Jointly Administered With:<br>Case No.: 2:24-12074-VZ; Case No.: 2:24-12075-VZ;<br>Case No.: 2:24-12076-VZ; Case No.: 2:24-12080-VZ;<br>Case No.: 2:24-12081-VZ; Case No.: 2:24-12082-VZ;<br>Case No.: 2:24-12091-VZ<br><br>Chapter 11<br><br>**ORDER AFTER CONTINUED HEARING ON ORDER TO SHOW CAUSE WHETHER BANKRUPTCY CASES SHOULD BE DISMISSED:**<br><br>**1) THAT CAUSE IS NOT SHOWN; AND**<br><br>**2) THAT SIX REMAINING ARE DISMISSED EFFECTIVE ON JULY 3, 2026**<br><br>Continued Hearing<br>DATE:   January 27, 2026<br>TIME:   10:00 a.m.<br>PLACE: Courtroom 1368, Roybal Federal Building<br>             255 E. Temple Street<br>             Los Angeles, CA 90012 |

On January 27, 2026, a continued hearing was held on an Order to Appear and File Written Explanation Whether Bankruptcy Cases Should be Dismissed, involving SEATON INVESTMENTS, LLC ("Debtor" and "Lead Case"), as well as seven related cases which are all jointly administered with the Lead Case as indicated in the caption of this order ("OSC," docket #367).  Appearances are noted on the record.  Based on a prior hearing, an order was entered dismissing the Lead case and the case of Colyton Investments, LLC.  This hearing involved the six remaining cases that are checked in the caption.

Based on the findings and conclusions made at the hearing, **IT IS ORDERED:**

(1) Cause is not shown; and

(2) The remaining six cases are dismissed effective on July 3, 2026.

###

Date: February 12, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge