United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12074-VZ |
| Alan Gomperts | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 2
Date Rcvd: Feb 12, 2026    Form ID: pdf042    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Gomperts, 264 South Oakhurst Drive, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:

**Name**                **Email Address**

Bruce D Poltrock
   on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Carol Chow
   on behalf of Debtor Alan Gomperts Carol.Chow@saul.com hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Christopher Cramer
   on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Gerrick Warrington
   on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
   on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com,

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 12, 2026 | Form ID: pdf042 | Total Noticed: 1 |

achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James

on behalf of Creditor Harvest Small Business Finance LLC jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jennifer C Wong

on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Kelly L Morrison

on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher

on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart

on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC ppoupart@frandzel.com, achase@frandzel.com

Samantha White

on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto samantha.white@wellsfargo.com

Tanya Behnam

on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan

on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk

on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Zev Shechtman

on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 16

**FILED & ENTERED**

**FEB 12 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** johnson **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: SEATON INVESTMENTS, LLC, -- *Already a dismissed case*<br><br>Debtor and Debtor-in-Possession<br><br>☐ Affects All Debtors<br><br>☒ Affects Case No.: 2:24-12074-VZ<br>ALLAN GOMPERTS<br><br>☒ Affects Case No.: 2:24-12075-VZ<br>DANIEL HALEVY<br><br>☒ Affects Case No.: 2:24-12076-VZ<br>SUSAN HALEVY<br><br>☐ Affects Case No.: 2:24-12080-VZ<br>COLYTON INVESTMENTS, LLC –<br>*Already a Dismissed Case*<br><br>☒ Affects Case No.: 2:24-12081-VZ<br>BROADWAY AVENUE INVESTMENTS, LLC<br><br>☒ Affects 2:24-12082-VZ<br>SLA INVESTMENTS, LLC<br><br>☒ Affects 2:24-12091-VZ<br>NAGEV INVESTMENTS, LLC. | Case No.: 2:24-bk-12079-VZ<br><br>Jointly Administered With:<br>Case No.: 2:24-12074-VZ; Case No.: 2:24-12075-VZ;<br>Case No.: 2:24-12076-VZ; Case No.: 2:24-12080-VZ;<br>Case No.: 2:24-12081-VZ; Case No.: 2:24-12082-VZ;<br>Case No.: 2:24-12091-VZ<br><br>Chapter 11<br><br>**ORDER AFTER CONTINUED HEARING ON ORDER TO SHOW CAUSE WHETHER BANKRUPTCY CASES SHOULD BE DISMISSED:**<br><br>**1) THAT CAUSE IS NOT SHOWN; AND**<br><br>**2) THAT SIX REMAINING ARE DISMISSED EFFECTIVE ON JULY 3, 2026**<br><br><u>Continued Hearing</u><br>DATE:    January 27, 2026<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 1368, Roybal Federal Building<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

-1-

On January 27, 2026, a continued hearing was held on an Order to Appear and File Written Explanation Whether Bankruptcy Cases Should be Dismissed, involving SEATON INVESTMENTS, LLC ("Debtor" and "Lead Case"), as well as seven related cases which are all jointly administered with the Lead Case as indicated in the caption of this order ("OSC," docket #367). Appearances are noted on the record. Based on a prior hearing, an order was entered dismissing the Lead case and the case of Colyton Investments, LLC. This hearing involved the six remaining cases that are checked in the caption.

Based on the findings and conclusions made at the hearing, **IT IS ORDERED:**

(1) Cause is not shown; and

(2) The remaining six cases are dismissed effective on July 3, 2026.

###

Date: February 12, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

-2-