Todd S. Garan (SBN 236878)
tgaran@aldridgepite.com
Greg P. Campbell (SBN 281732)
gcampbell@aldridgepite.com
**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385.

Attorneys for Secured Creditor:
Wells Fargo Bank, N.A.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

SEATON INVESTMENTS, LLC,
***Now a dismissed case***

—

☐ Affects All Debtors

☒ **Affects Case No.: 2:24-12074-VZ**
ALLAN GOMPERTS

☐ Affects Case No.: 2:24-12075-VZ
DANIEL HALEVY

☐ Affects Case No.: 2:24-12076-VZ
SUSAN HALEVY

☐ Affects Case No.: 2:24-12080-VZ
COLYTON INVESTMENTS, LLC – ***Now a Dismissed Case***

☐ Affects Case No.: 2:24-12081-VZ
BROADWAY AVENUE INVESTMENTS, LLC

☐ Affects 2:24-12082-VZ
SLA INVESTMENTS, LLC

☐ Affects 2:24-12091-VZ
NAGEV INVESTMENTS, LLC

CASE NO.: 2:24-bk-12079-VZ

Jointly Administered With:
Case No.: 2:24-12074-VZ;
Case No.: 2:24-12075-VZ;
Case No.: 2:24-12076-VZ;
Case No.: 2:24-12080-VZ;
Case No.: 2:24-12081-VZ;
Case No.: 2:24-12082-VZ;
Case No.: 2:24-12091-VZ

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #5-1**

**<u>SUBJECT PROPERTY</u>:**
3538 Greenfield Avenue
Los Angeles, CA 90034

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by Wells Fargo Bank, N.A. on 06/12/2024, in the Chapter 11 Bankruptcy Case of Alan Gomperts, Case No. 2:24-12074-VZ, and

assigned as Claim number 5-1, is hereby withdrawn, without prejudice, as this loan has now been paid in full.

Dated: September 4, 2026

ALDRIDGE PITE, LLP

By:/s/ Todd S. Garan
TODD S. GARAN
Attorneys for Wells Fargo Bank, N.A.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3333 Camino del Rio South, Suite 225 San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): Notice of Withdrawal will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 4, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**ATTORNEY FOR DEBTOR:**
Zev Shechtman Zev.Shechtman@saul.com

**U.S. TRUSTEE:**
U.S. Trustee ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) September 4, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**
Alan Gomperts
264 South Oakhurst Drive
Beverly Hills, CA 90212

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 4, 2026 | CANDACE RUSSO | /s/ CANDACE RUSSO |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |